**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     In re Willow Creek Golf Club, Inc.

Appellate case number:   01-22-00553-CV

Trial court case number: 1172810

Trial court:             County Court at Law No. 3 of Harris County

Date motion filed:       October 5, 2022

Party filing motion:     Relator

It is ordered that the motion for rehearing is **denied**.  *See* TEX. R. APP. P. 52.9.

Judge's signature: _____/s/ Sherry Radack_____
                        Acting for the Court

Panel consists of: Chief Justice Radack and Justices Landau and Hightower.

Date:   ___October 27, 2022_____